---------- Forwarded message ----------
From: **Human Resources Department** <HRDept@americashloans.net>
Date: Fri, Mar 24, 2023 at 8:57 AM
Subject: Separation confirmation
To: lmusiqluver@gmail.com <lmusiqluver@gmail.com>

Hello Lisa,

Your employment with AmeriCash Loans, LLC ended 3/22/23 due to a perceived violation of company policy. Any inquiries regarding this matter should be directed to this email address.

Regards,

Don Davis

Human Resources Manager



Human Resources | S.A.I.L., AmeriCash, GoCredit.me and CreditBox Loans

2400 East Devon Avenue Suite 300 Des Plaines, IL 60018

**EXHIBIT 2**

**PETITION EXH. 1, Page 6 of 6**

Electronically Filed - ST LOUIS COUNTY - April 29, 2024 - 02:18 AM

**PLAINTIFF'S 2**

**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

February 8, 2024

Lisa Phillips
14323 S. Outer 40 Road, Ste. 204N
Town & Country, MO  63017
*Via Complainant's Attorney Email*

## NOTICE OF RIGHT TO SUE

RE:   Phillips vs. AmeriCash Loans of Missouri, LLC
      FE-06/23-36533     560-2023-02694

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period for any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of this complaint and MCHR has not completed its administrative processing.

(continued on next page)

| ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|
| JEFFERSON CITY OFFICE | ST. LOUIS OFFICE | KANSAS CITY OFFICE | SIKESTON OFFICE |
| 421 E. DUNKLIN ST. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1129 | 106 ARTHUR STREET, SUITE D |
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | JEFFERSON CITY, 65102-1129 | SIKESTON, MO 63801-5454 |
| JEFFERSON CITY, MO  65102-1129 | PHONE: 314-340-7590 | FAX: 816-889-3582 | FAX: 573-472-5321 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | |
| FAX: 573-751-2905 | | | |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)     Relay Missouri: 711
www.labor.mo.gov/mohumanrights      E-Mail: mchr@labor.mo.gov

PETITION EXH. 2, Page 1 of 2

RE:   Phillips vs. AmeriCash Loans of Missouri, LLC
FE-06/23-36533   560-2023-02694

In addition to the process described above, if any party is aggrieved by this decision of the MCHR, that party may appeal the decision by filing a petition under § 536.150 of the Revised Statutes of Missouri. Any such petition must be filed in the Circuit Court of Cole County.

Respectfully,

Alisa Warren, Ph.D.
Executive Director


AmeriCash Loans of Missouri, LLC
2400 E. Devon Ave., Ste. 300
Des Plaines, IL  60018

Hollingshead & Dudley, Trial Lawyers
Attn: Jeremy D. Hollingshead, Attorney
14323 S. Outer 40 Rd., Suite 204N
Town & Country, MO 63017
jhollingshead@hdtriallawyers.com

☑
JEFFERSON CITY OFFICE
421 E. DUNKLIN ST.
P.O. BOX 1129
JEFFERSON CITY, MO  65102-1129
PHONE: 573-751-3325
FAX: 573-751-2905

☐
ST. LOUIS OFFICE
111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

☐
KANSAS CITY OFFICE
P.O. BOX 1129
JEFFERSON CITY, 65102-1129
FAX: 816-889-3582

☐
SIKESTON OFFICE
106 ARTHUR STREET, SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program.  Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY:   1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

PETITION EXH. 2, Page 2 of 2