---------- Forwarded message ---------
From: **Human Resources Department** <HRDept@americashloans.net>
Date: Thu, Mar 23, 2023 at 11:05 AM
Subject: Separation
To: lmusigluver@gmail.com <lmusigluver@gmail.com>

Hello Lisa,

Your employment with AmeriCash Loans, LLC ended 3/22/22 due to a perceived violation of company policy.  Any inquiries regarding this matter should be directed to this email address.

Regards,

Don Davis

Human Resources Manager



Human Resources | S.A.I.L., AmeriCash, and CreditBox Loans

2400 East Devon Avenue Suite 300 Des Plaines, IL 60018



**24SL-CC01931**

PLAINTIFF'S
EXHIBIT

_____6_____

tabbies

Electronically Filed - ST LOUIS COUNTY - April 29, 2024 - 02:18 AM