---------- Forwarded message ----------
From: **Human Resources Department** <HRDept@americashloans.net>
Date: Fri, Mar 24, 2023 at 8:57 AM
Subject: Separation confirmation
To: lmusicluver@gmail.com <lmusicluver@gmail.com>

Hello Lisa,

Your employment with AmeriCash Loans, LLC ended 3/22/23 due to a perceived violation of company policy.  Any inquiries regarding this matter should be directed to this email address.

Regards,

Don Davis

Human Resources Manager



Human Resources | S.A.I.L., AmeriCash, GoCredit.me and CreditBox Loans

2400 East Devon Avenue Suite 300 Des Plaines, IL 60018

**24SL-CC01931**

EXHIBIT

7

Electronically Filed - ST LOUIS COUNTY - April 29, 2024 - 02:18 AM