UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24 CV 1160 CDP |
| ) | |
| AMERICASH LOANS OF MISSOURI, ) | |
| d/b/a AMERICASH LOANS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

After due consideration,

**IT IS HEREBY ORDERED** that defendants' motion to compel [22] is granted only as follows: within twenty (20) days of the date of this Memorandum and Order, plaintiff shall produce the call and text log documents from her cell phone providers from February 18, 2018 to the present, which are within her possession, custody, or control; and, defendants shall provide, and plaintiff shall execute, authorization forms providing for the release of medical and psychotherapeutic records from the two (2) providers identified in her discovery responses for medical records from February 5, 2018 to the present.  The motion to compel is denied without prejudice as moot with respect to tax returns, and it is denied without prejudice to seeking further relief if examination of the medical records produced pursuant to this Memorandum and Order demonstrate that the

medical conditions placed in controversy by plaintiff in this action predate February 5, 2018.  In all other respects, the motion to compel is denied.

                                                    _____
                                                    CATHERINE D. PERRY
                                                    UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2025.